# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129742

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                        SC: 129742
                                         COA: 261305
                                         Oakland CC: 03-192159-FH

ERNEST TUCKER,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 28, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court so that defendant may be given the opportunity to withdraw his December 8, 2003 guilty plea. The circuit court failed to honor a sentence agreement under *People v Cobbs*, 443 Mich 276 (1993).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006                          _____
                                                        Clerk

d0301